UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERIC KEITH DYER III,

**INDICTMENT**

Defendant.
__________________________________/

The Grand Jury charges:

**Felon in Possession of Firearms**

Between on or about July 28, 2026, and July 29, 2026, in Berrien County, in the Southern Division of the Western District of Michigan,

ERIC KEITH DYER III,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a Smith and Wesson M&P Shield nine-millimeter semiautomatic pistol and a Taurus G2C nine-millimeter semiautomatic pistol, which were in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

**FORFEITURE ALLEGATION**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the violation of 18 U.S.C. § 922(g) set forth in this Indictment, the defendant,

ERIC KEITH DYER III,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offense, including, but not limited to, the following firearm and the associated ammunition:

a. Smith and Wesson M&P Shield nine-millimeter semiautomatic pistol (serial number: HNL5655); and

b. Taurus G2C nine-millimeter semiautomatic pistol (serial number: ACD760486).

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

JONATHAN ROTH
Assistant United States Attorney